**In the Interest of D.E.**

**JUVENILE OFFICER, Respondent,**

v.

**V.S.(N.)J., Appellant.**

**No. WD 50260.**

Missouri Court of Appeals,
Western District.

Aug. 29, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1995.

Robert W. Wheeler, Keytesville, for appellant.

---

Thomas M. Shea, Moberly, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from termination of parental rights.

Affirmed. Rule 84.16(b).